■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v THEODORE L. TAYLOR, Respondent. (Appeal No. 2.) [740 NYS2d 904] —Appeal from an order of Steuben County Court (Bradstreet, J.), entered May 30, 2000, which dismissed the indictment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously vacated, the indictment is reinstated and the matter is remitted to Steuben County Court for further proceedings on the indictment.

Same memorandum as in *People v Taylor* ([appeal No. 1] 294 AD2d 825). Present—Pigott, Jr., P.J., Pine, Hayes, Hurlbutt and Lawton, JJ.